IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ALISA MICHELE MORGAN,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

JUDGMENT IN A CIVIL CASE

11-cv-730-bbc

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant affirming the decision of Michael J. Astrue, Commissioner of Social Security, denying plaintiff Alisa Michele Morgan's application for disability insurance benefits.

_Peter Oppeneer_          5/1/12
Peter Oppeneer, Clerk of Court    Date